DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

LAUTENSCHLEGER v. INDEMNITY CO.
    No. 27 PC.

    Case below: 15 N.C. App. 579.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

MOORE v. TILLEY
    No. 22 PC.

    Case below: 15 N.C. App. 378.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 11 October 1972.

MARLOWE v. INSURANCE CO.
    No. 17 PC.

    Case below: 15 N.C. App. 456.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

REA v. CASUALTY CO.
    No. 38 PC.

    Case below: 15 N.C. App. 620.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 11 October 1972.

RUPERT v. RUPERT
    No. 36 PC.

    Case below: 15 N.C. App. 730.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 11 October 1972.